GEORGE COLON & COMPANY, Respondent, *v.* COMMERCIAL
CASUALTY INSURANCE COMPANY, Appellant.

(Argued October 24, 1929; decided November 19, 1929.)

*Daniel Mungall* for appellant.

*Stanley Garten* and *Henry W. Kiralfy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.